UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT LEROY VASSER,

Plaintiff,

v.

S. BOCANEGRA, et al.,

Defendants.

Case No. 18-cv-00496-RS (PR)

**ORDER OF DISMISSAL**

Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. Accordingly, the action is DISMISSED (without prejudice) because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).

Defendants' motion to extend time to file a dispositive motion is DENIED as moot. (Dkt. No. 22.) The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** January 2, 2019

_____
RICHARD SEEBORG
United States District Judge